Horace Johnson, Plaintiff in Error, vs. W. A. Collins, Defendant in Error.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

J. J. Holland, for Plaintiff in Error.

M. C. Jordan, for Defendant in Error.

This action was brought by the plaintiff in error and Sarah Johnson, his wife, against the defendant in error. There was judgment for the defendant, and the plaintiff Horace Johnson takes writ of error.

Writ of error dismissed on motion of counsel for defendant in error.